UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JEFFREY DONNELLY,                                             :
            Plaintiff,                                  :
                                       :    **ORDER**
v.                                                            :
                                       :    20 CV 2714 (VB)
BARD PERIPHERAL VASCULAR INC.,                                :
            Defendant.                                  :
--------------------------------------------------------------x

      On September 3, 2020, the parties in this action filed a joint motion to temporarily stay discovery and for a continuance "to allow the Parties to finalize their settlement and resolve this dispute." (Doc. #15). Rather than "stay" discovery deadlines that have yet to be set, the Court stays all deadlines pending further order of the Court. By no later than November 3, 2020, the parties shall submit either a stipulation of dismissal or a joint letter updating the Court on the status of the case. If the case has not settled by November 3, 2020, the parties shall also submit a civil case discovery plan and scheduling order containing agreed-upon discovery deadlines going forward.

      All scheduled conferences or other scheduled court appearances are cancelled. Any pending motions are moot.

      The Clerk is instructed to terminate the motion. (Doc. #15).

Dated: September 4, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1